UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br>      Appellant, | )<br>)<br>) |
|   v. | ) |
| | )   **JUDGMENT** |
| CRAIG L. ADAMS,<br>and<br>MONICA L. ADAMS,<br>      Appellees. | )<br>)<br>)   No. 5:10-CV-340-BR<br>)<br>) |

**Decision by Court.**

This action came before the Honorable W. Earl Britt, Senior United States District Judge, for consideration of the parties' briefs regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that U.S. Bankruptcy Judge Stephani Humrickhouse's 7 July 2010 Order is hereby AFFIRMED.

**This judgment filed and entered on January 24, 2011, and served on:**

Jason K. Purser (via CM/ECF Notice of Electronic Filing)
Kimberly A. Sheek (via CM/ECF Notice of Electronic Filing)
Douglas Q. Wickham (via CM/ECF Notice of Electronic Filing)
United States Bankruptcy Court, Eastern District of North Carolina (via US Mail)
John F. Logan, Trustee (via US Mail)

January 24, 2011                                       /s/ Dennis P. Iavarone
                                                                               Clerk of Court